# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GLADYS TREASTER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF EUGENE TREASTER,** | **MISC. CASE NO.** 17-mc-13 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC. et al.** | **MAGISTRATE JUDGE HANNA** |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, EUGENE TREASTER

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Gladys Treaster, as Testatrix and Derivative Claimant; and Steven Treaster and Michael Treaster as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Gladys Treaster, as Testatrix and Derivative Claimant; and Steven Treaster and Michael Treaster as Derivative Claimant individually and as legal heirs to the Estate of Eugene Treaster, deceased, and Takeda, as notice to the Court on January 12, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

- 2 -

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this __19th__ of __January, 2017.__, ~~2016~~.

                                                  HONORABLE PATRICK J. HANNA
                                                UNITED STATES MAGISTRATE JUDGE