RECEIVED

FEB - 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GLADYS TREASTER, ET AL. | MISC. CASE NO. 17-mc-13 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Gladys Treaster, as Testatrix and Derivative Claimant, and Steven Treaster and Michael Treaster as Derivative Claimants, of the Estate of Eugene Treaster, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___2___ day of February, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE